IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHICAGO INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **09-729-MJR-CJP** |
| | ) |
| **KENTON HARPER,** | ) |
| **HEARTLAND INSURANCE, LLC,** | ) |
| and **MED JAMES, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants Kenton Harper and Heartland Insurance's Motion to Compel. **(Doc. 15)**.

Plaintiff has not responded to the motion, but, in the circumstances presented here, the Court sees no reason to delay the proceedings while waiting for plaintiff's response. According to the motion, defendants served interrogatories and requests for production on or about November 20, 2009. When neither responses nor objections were received by December 30, 2009, defendants' attorney wrote to plaintiff's attorney, seeking responses within ten days. **See, Doc. 15, Ex. C**. Defendants' attorney received no response to his letter.

Plaintiff has not moved for an extension of time in which to respond to defendants' discovery requests.

For good cause shown, Defendants Kenton Harper and Heartland Insurance's Motion to Compel **(Doc. 15)** is **GRANTED**. Plaintiff shall respond fully and completely to defendants' discovery requests by **February 16, 2010.**

**IT IS SO ORDERED.**

**DATE: February 3, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**